UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PTA AM LLC, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. |
| | ) |
| SKI MOUNTAIN, LLC, | ) |
|     Defendant. | ) |

### NOTICE OF REMOVAL

Defendant, Ski Mountain, LLC ("Ski Mountain"), hereby removes this case from the Marion Superior Court 1, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division. The factual and legal grounds are as follows:

1. Plaintiff, PTA AM LLC filed its Complaint on January 13, 2023, in the Marion County Superior Court 1, under Cause Number 49D01-2301-PL-001765.

2. Ski Mountain first received copies of the Summons and Complaint via mail on January 23, 2023.

### Diversity

3. According to the Complaint, Plaintiff is an Indiana limited liability company with a principal place of business in Indianapolis, Indiana.

4. Ski Mountain is a Delaware limited liability company with its principal place of business in Germantown, Tennessee.

### Amount in Controversy

5. The amount of controversy exceeds $75,000, exclusive of interest in costs.

6. Plaintiff's Complaint includes a Count of Breach of Contract.

### Removal Warranted

7.       Because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, this action is removeable pursuant to 28 U.S.C. § 1441(a).

8.       This case is not brought against a railroad or its receivers or trustees, is not brought against a carrier or its receivers or trustees, does not arise under the workers' compensation laws of any state, and does not arise under the Violence Against Women Act of 1994. Therefore, this case is not made non-removable by 28 U.S.C. § 1445.

9.       Venue is proper in this Court under 28 U.S.C. § 1441 because this case was filed in the Marion County Superior Court 1.

10.      The United States District Court for the Southern District of Indiana, Indianapolis Division, is the District Court for the United States for the district and division embracing Marion County, Indiana, pursuant to 28 U.S.C. § 94(b)(1).

11.      Ski Mountain has timely removed this case under 28 U.S.C. § 1446(b) because it filed this Notice of Removal within thirty (30) days of receipt and service of a copy of the initial pleading setting forth the Plaintiff's claims.

12.      After filing this Notice of Removal, the Ski Mountain will promptly serve written notice on the lawyers for the Plaintiff and file the notice with the Clerk of the Marion County Superior Court 1 in accordance with 28 U.S.C. § 1446(d).

13.      An authentic copy of the Complaint filed in the Marion County Superior Court 1 is attached as **Exhibit A**. Authentic copies of all process, other pleadings, and orders served on Ski Mountain or filed in the Marion County Superior Court 1 in this action are attached to this Notice of Removal as **Exhibit B**.

14.      By removing this case from the Marion County Superior Court 1, Ski Mountain does not waive any defenses available.

15.  By removing this case from the Marion County Superior Court 1, Ski Mountain does not admit any of the allegations in Plaintiff's Complaint.

Respectfully Submitted,

/s/ Anthony S. Ridolfo
Anthony S. Ridolfo (Atty. #22824-49)
Hackman Hulett LLP
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204
T. (317) 636-5401
Email: aridolfo@hhlaw-in.com

*Counsel for Defendant Ski Mountain, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed via the Indiana Electronic Filing System (IEFS), on February 13, 2023:

Brett B. Thomas
Michael W. McBride
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
*Counsel for Plaintiff*

/s/ Anthony S. Ridolfo

                                                      Anthony S. Ridolfo