UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PTA AM LLC, | ) | |
|  Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SKI MOUNTAIN, LLC, | ) | |
|  Defendant. | ) | |
| | | |
| SKI MOUNTAIN, LLC | ) | |
|  Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00271-MPB-MKK |
| | ) | |
| PTA AM LLC, | ) | |
|  Counter-Defendant. | ) | |
| | | |
| SKI MOUNTAIN, LLC | ) | |
|  Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAND CAPITAL, LLC and | ) | |
| SANDOR DEVELOPMENT | ) | |
| COMPANY, LLC | ) | |
|  Third-Party Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED this 24th day of August, 2023.

*/s/ Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

<u>Copies to:</u>

All Counsel of Record